IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 13-00653-SOM-6 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ADDRESSING DEFENDANT |
| | ) | JACOB DEL MUNDO FAAGAI'S |
| | ) | REPLY MEMORANDUM ISO MOTION |
| vs. | ) | FOR COMPASSIONATE RELEASE |
| | ) | |
| JACOB DEL MUNDO FAAGAI, | ) | |
| a/k/a "Jake" | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER ADDRESSING DEFENDANT JACOB DEL MUNDO FAAGAI'S REPLY MEMORANDUM ISO MOTION FOR COMPASSIONATE RELEASE**

Jacob Del Mundo Faagai has belatedly submitted a reply brief regarding his Motion for Compassionate Release.  On August 8, 2022, this court gave Del Mundo Faagai until September 9, 2022 to file an optional reply memorandum.  *See* ECF No. 794.  Del Mundo Faagai placed his Reply in the federal prison mail on September 21, 2022, which was twelve days after the court-ordered deadline.  This court had ruled on the motion that is the subject of the Reply the day before.  The Reply reached this court on September 27, 2022.

Pursuant to Rule 7.2 of the Civil Local Rules of Practice, made applicable to this case by Rule 12.3 of the Criminal Local Rules of Practice, any "reply that is untimely filed may be disregarded by the court or stricken from the record."

Nevertheless, even if the Reply had been timely filed and this court considered it, the court's decision would be unchanged.

In the Reply, Del Mundo Faagai asserts that the court need not be bound by section 1B1.13 of the U.S. Sentencing Guidelines. *See* ECF No. 827, PageID # 6459.  While U.S.S.G. section 1B1.13 may inform the court's discretion, this court agrees that the policy statement is not binding on its analysis.  *See United States v. Aruda*, 993 F.3d 797, 801–02 (9th Cir. 2021) (per curiam).  Because the court did not treat § 1B1.13 as binding in its analysis, Del Mundo Faagai's argument does not disturb the court's order.  *See* ECF No. 825, PageID # 6448.

Del Mundo Faagai also argues that his medical conditions and the threat of COVID-19 justify his early release, but this court's Order already considered the ramifications of Del Mundo Faagai's medical conditions and the risks he faces from a second COVID-19 infection.  *See* ECF No. 825, Page ID # 6449–51.  Nothing in the Reply calls the court's prior analysis into question.

A number of factors mitigate Del Mundo Faagai's medical risk, including his age, his prior COVID-19 infection, the low number of active cases at FCI-Mendota, his access to vaccination, and the medical care he has been receiving in response to his medical conditions.  *See id*.  Given these mitigating factors, Del Mundo Faagai's medical conditions and risks are not extraordinary and compelling circumstances justifying his early release at this

time.

Del Mundo Faagai also urges the court to consider the positive aspects of his behavior in prison.  *See* ECF No. 827, Page ID # 6461-63.  While the court commends Del Mundo Faagai on his participation in a wide variety of courses, that participation does not ameliorate the court's concern that Del Mundo Faagai may pose a danger to the community if granted an early release at this time.  While in prison, Del Mundo Faagai has been disciplined on seven different occasions.  These incidents included an assault resulting in serious injury, possession of unauthorized items, refusal to take a drug/alcohol test, phone abuse, possession of drugs/alcohol, and use of martial arts/boxing.  *See* ECF No. 809, PageID # 6227-29.  This behavioral record is concerning, even in light of the programming he has completed.

The denial of Del Mundo Faagai's Motion for Compassionate Release is not a second punishment for his wrongdoing in prison, but rather a determination (based in part on concerns raised by the disciplinary incidents) that Del Mundo Faagai has not shown that exceptional and compelling reasons warrant the extraordinary measure of compassionate release.

The Order Denying Del Mundo Faagai's Motion for Compassion Release remains undisturbed.

It is so ordered.

DATED: Honolulu, Hawaii, September 29, 2022.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

*United States v. Del Mundo Faagai*, CR. NO. 13-00653-SOM-06, ORDER ADDRESSING DEFENDANT JACOB DEL MUNDO FAAGAI'S REPLY MEMORANDUM ISO MOTION FOR COMPASSIONATE RELEASE